IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JP AND SONS, LLC,<br><br>　　　　　Defendants. | 4:18CR3088<br><br>ORDER |

During today's hearing, retained counsel for JP and Sons, LLC, Ross R. Pesek, orally moved to withdraw. The government does not oppose this motion.

IT IS ORDERED:

1) Counsel's oral motion to withdraw is granted, and Ross R. Pesek is hereby withdrawn as counsel for Defendant JP and Sons, LLC.

2) Mr. Pesek shall promptly notify Defendant JP and Sons, LLC of the entry of this order, and he shall further notify JP and Sons, LLC that as an entity, it cannot appear before the court without counsel.

3) The clerk shall delete Ross R. Pesek from any future ECF notifications herein.

August 23, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge