IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3088 |
| vs. | |
| JP AND SONS, LLC; J GREEN VALLEY, LLC; AND CASTRO PROPERTIES, LLC; | ORDER |
| Defendants. | |

On the government's oral motion to dismiss, *see* filing 767,

IT IS ORDERED:

1. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the superseding indictment as to defendants JP and Sons, LLC; J Green Valley, LLC; and Castro Properties, LLC.

2. The superseding indictment is dismissed without prejudice as to defendants JP and Sons, LLC; J Green Valley, LLC; and Castro Properties, LLC.

Dated this 4th day of December, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge